## AMERICAN IRON & MACHINE WORKS COMPANY v. Orren M. GAHAGAN and Susie G. Fisher.

No. 3840.

United States Court of Appeals
Tenth Circuit.

April 18, 1949.

Gilliland, Ogden, Withington, Shirk & Vaught and Bernard P. Miller, Oklahoma City, Okl., for appellant.

Eugene P. Ledbetter and Claude Monnet, Oklahoma City, Okl., for appeleles.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed April 18, 1949, pursuant to stipulation.

## Minnie RIVERS and Frederick Nathaniel Rivers, her husband, v. Louis C. BAUER and William Wilson, individually and Trading as Universal Laundry Company, and United States of America (two cases).

Nos. 9884, 9920.

United States Court of Appeals
Third Circuit.

Argued June 16, 1949.

Decided July 29, 1949.

Raymond Pace Alexander, Philadelphia, Pa., for plaintiffs.

Leon Fox, Asst. U. S. Atty., Philadelphia, Pa. (Gerald A. Gleeson, U. S. Atty., Philadelphia, Pa., on the brief), for the United States.

Harry R. Axelroth, Philadelphia, Pa. (Axelroth & Porteous, on the brief), for defendants.

Before BIGGS, Chief Judge, and Mc-LAUGHLIN and O'CONNELL, Circuit Judges.

PER CURIAM.

Careful consideration of the record, the briefs and the arguments of the parties in the instant appeal convinces us that the court below rendered a correct decision. 79 F.Supp. 403. As to damages see our decision in Walshaw, Administratrix, v. Irwin, 3 Cir., 161 F.2d 184. As to damages for loss of consortium alleged by the husband plaintiff the evidence demonstrates this to have been too nebulous to warrant reversal. Accordingly the judgment of the court below will be affirmed.

## COMMISSIONER OF INTERNAL REVENUE v. The CRESSON CONSOLIDATED GOLD MINING & MILLING COMPANY.

No. 3925.

United States Court of Appeals
Tenth Circuit.

June 8, 1949.

Theron L. Caudle, Assistant Atty. Gen., Department of Justice, and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

Thomas M. Burgess, Colorado Springs, Col., for respondent.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Petition for review, 11 T.C. 192, docketed and dismissed, on motion of petitioner.